UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS, | No. 2:22-cv-1748 CKD P |
| Plaintiff, | |
| v. | ORDER and FINDINGS AND RECOMMENDATIONS |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On March 3, 2023, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a). The court found that plaintiff could proceed on the following claims:

1. Denial of medical treatment and use of excessive force in violation of the Fourteenth Amendment against defendant Leonard;

2. Denial of medical treatment in violation of the Fourteenth Amendment against defendant Bonde; and

3. Retaliation for protected conduct in violation of the First Amendment against defendant Bonde.

Plaintiff was given two options: 1) proceed immediately on the claims identified above; or 2) attempt to cure the deficiencies in plaintiff's complaint in an amended complaint. Plaintiff

1

was informed as to the deficiencies in his complaint and that failure to respond to the court's March 3, 2023 order would result in this action proceeding on the claim described above. Plaintiff did not respond to the court's March 3, 2023 order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court assign a district court judge to this case.

2. Service is appropriate for:

    A. **Officer Bonde, Sacramento County Main Jail**; and

    B. **Officer Leonard, Sacramento County Main Jail**.

3. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the complaint.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant; and

    d. Three copies of the complaint.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that:

1. This action proceed on the following claims:

    A. Denial of medical treatment and use of excessive force in violation of the Fourteenth Amendment against defendant Leonard;

    B. Denial of medical treatment in violation of the Fourteenth Amendment against defendant Bonde; and

    C. Retaliation for protected conduct in violation of the First Amendment against defendant Bonde.

2. All other claims be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roge0403.1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1748 CKD P<br><br><br>NOTICE OF SUBMISSION<br><br>OF DOCUMENTS |

　　　　Plaintiff submits the following documents in compliance with the court's order filed

_____:

　　\_\_\_\_　　　　completed summons form

　　\_\_\_\_　　　　completed USM-285 forms

　　\_\_\_\_　　　　copies of the _____
　　　　　　　　　　　　　　　　　Complaint

DATED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Plaintiff

1