UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS, | No. 2:22-cv-01748 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2023, the magistrate judge directed plaintiff to notify the court within 21 days whether he wants to proceed on three of the claims identified in that order or file a second amended complaint to cure the deficiencies in the amended complaint.  Order (Mar. 3, 2023), ECF No. 9.  The magistrate judge advised plaintiff that the action would proceed on the three claims if he did not return the required form.  *Id.*  Plaintiff did not respond to the court's order. On April 7, 2023, the magistrate judge issued findings and recommendations recommending the action proceed on the three claims identified in the prior order and the dismissal of all other claims.  F. & R. (Apr. 7, 2023), ECF No. 10.  In the same order, the magistrate judge directed plaintiff to complete a Notice of Submission of Documents within 30 days.  *Id.*

1

      Plaintiff, again, did not respond to the court's order.  On May 30, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  F. & R. (May 30, 2023), ECF No. 11.  Plaintiff has not filed objections to the findings and recommendations.

      The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed May 30, 2023 **are adopted in full**; and

      2.  This action is **dismissed without prejudice**.

      In light of the above, the court finds the findings and recommendations filed April 7, 2023 (ECF No. 10) are now **moot**.  The Clerk of Court is directed to **close this case.**

      This order resolves ECF Nos. 10 and 11.

DATED:  July 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2